**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------- x

THE UNITED STATES OF AMERICA
*ex rel.* PHILIP BERGERON,

     Plaintiff,

  -against-

INSOURCE DIAGNOSTICS
CORPORATION, *et al.*,

     Defendants.
------------------------------------------------------------- x

**FILED UNDER SEAL**

16 Civ. 8368 (PKC)

## ORDER

  The relator, Philip Bergeron ("Relator"), having filed a Notice of Voluntary Dismissal Without Prejudice of this action and, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States of America (the "Government") having consented to that dismissal, provided that it is without prejudice as to the Government,

  IT IS HEREBY ORDERED THAT:

  1. This action is dismissed without prejudice as to Relator and the Government.

  2. The seal shall be lifted as to the *qui tam* Complaint, the Government's Notice of Decision to Decline Intervention, the Relator's Notice of Voluntary Dismissal Without Prejudice, the Government's letter dated August 8, 2018 consenting to dismissal, this Order, and any subsequent filings in this case. All other contents of the Court's file in this action shall

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/23/18

remain under seal and not be made public or served upon the defendant.

Dated:   New York, New York
         8-22, 2018

SO ORDERED:

_____
HON. P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE